IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PEDRO FELIPE ZERPA DURAN,

Plaintiff,

vs.

JOSEPH B. EDLOW,

Defendant.

4:26CV3108

ORDER

IT IS ORDERED that Defendant's Motion for Substitution of Counsel, Filing No. 14, is granted. Landon L. Friesen, Assistant United States Attorney for the District of Nebraska, is substituted as counsel for Defendant in this case. The Clerk of Court is directed to remove Matthew J. Greer, Assistant United States Attorney for the District of Vermont, as counsel of record for Defendant.

Dated this 13th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge