IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PEDRO FELIPE ZERPA DURAN,

Plaintiff,

vs.

JOSEPH B. EDLOW,

Defendant.

**4:26CV3108**

**MEMORANDUM AND ORDER**

On April 2, 2026, the Court directed Plaintiff to submit the $405.00 filing and administrative fees or a request to proceed in forma pauperis within 30 days or face dismissal of this matter. Filing No. 13. To date, Plaintiff has not paid the $405.00 fees or submitted a request to proceed in forma pauperis. However, as Plaintiff provided two different addresses in his Complaint—one in Isle of Palms, South Carolina, and one in Richmond, Texas, *compare* Filing No. 1 at 23, *with* Filing No. 1-1—and the Court's April 2, 2026, order was only sent to one address, the Court will give Plaintiff an opportunity to show cause why this case should not be dismissed for his failure to comply with the Court's order. Absent a sufficient response, the case will be dismissed without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1.     Plaintiff will have 30 days to show cause why this case should not be dismissed for failure to pay the $405.00 filing and administrative fees or submit a request to proceed in forma pauperis. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2.    The Clerk of Court is directed to send a copy of this Memorandum and Order to Plaintiff at the address the Court has on file and to the following address: 1001 Pultar Road, 208, Richmond, TX 77469.

3.    The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **June 10, 2026**: check for response to show cause order.

Dated this 11th day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge