IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PEDRO FELIPE ZERPA DURAN,

Plaintiff,

vs.

JOSEPH B. EDLOW,

Defendant.

**4:26CV3108**

**MEMORANDUM AND ORDER**

On May 11, 2026, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for his failure to comply with the Court's April 2, 2026, order, Filing No. 13, directing him to submit the $405.00 filing and administrative fees or a request to proceed in forma pauperis. Filing No. 16. The Court warned Plaintiff that, "[a]bsent a sufficient response, the case will be dismissed without further notice to Plaintiff." *Id*. To date, Plaintiff has not responded to the Court's show cause order or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2.    The Court will enter judgment by a separate document.

3.    The Clerk of Court is directed to send a copy of this Memorandum and Order and the accompanying Judgment to Plaintiff at the address the Court has on file and to the following address: 1001 Pultar Road, 208, Richmond, TX 77469.

Dated this 18th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge